NO JS-6

William O. Woodland, Esq., Bar No. 175103
Renee E. Jensen, Esq., Bar No. 206967
rjensen@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California  90831-2700
(562) 983-2500

Attorneys for Defendant COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIAS PARTNERS, L.P.,<br><br>     Plaintiff,<br><br>     vs.<br><br>CITY OF LOS ANGELES, a municipality including the Los Angeles Housing Department; COUNTY OF LOS ANGELES, a governmental entity including the Department of Public Health, and DOES 1 through 10,<br><br>     Defendants. | No. CV 14-9176-GW(PLAx)<br><br>Judge George H. Wu<br>Courtroom 10<br><br>**JUDGMENT** |

///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order of this Court filed on July 30, 2015 (Doc. 37) granting Defendant COUNTY OF LOS ANGELES' Motion to Dismiss the First Amended Complaint as to all of Plaintiffs' claims against Defendant COUNTY OF LOS ANGELES, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE as to Defendant COUNTY OF LOS ANGELES.

The County of Los Angeles is deemed the prevailing party in this matter.

The Court orders that such judgment be entered.

Dated: August 4, 2015

_____
GEORGE H. WU
United States District Judge

2