JS-6

**MICHAEL N. FEUER, City Attorney (SBN 111529)**
**CRAIG TAKENAKA, Managing Assistant City Attorney (SBN 128898)**
**DEBORAH BREITHAUPT, Deputy City Attorney (SBN 170206)**
**OFFICE OF THE LOS ANGELES CITY ATTORNEY**
City Hall East, 200 North Main Street, Suite 916
Los Angeles, CA 90012-4130
Telephone: (213) 978-7965/Facsimile: (213) 978-7957
Email: deborah.breithaupt@lacity.org

Attorneys for Defendants City of Los Angeles[1]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| TOBIAS PARTNERS, L.P., a California limited partnership,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF LOS ANGELES, a municipality including the LOS ANGELES HOUSING DEPARTMENT, COUNTY OF LOS ANGELES, a government entity including the Department of Public Health, and DOES 1 to 10,<br><br>    Defendants. | CASE NO. CV 14-9176-GW(PLAx)<br><br>**JUDGMENT FOR DEFENDANT CITY OF LOS ANGELES** |

This action came on for hearing before this Court, on May 2, 2016, Honorable District Judge George H. Wu presiding, on Defendant City of Los

---

[1] The City of Los Angeles includes the Los Angeles Housing Department ("LAHD") and this Motion is also filed on behalf of LAHD.

1

**JUDGMENT**

Angeles Motion For Summary Judgment and alternative Summary Adjudication of Issues, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered granting summary judgment for Defendant City of Los Angeles,

**IT IS ORDERED AND ADJUDGED** that Plaintiff Tobias Partners, L.P. take nothing, that the action be dismissed with prejudice on the merits, and that Defendant City of Los Angeles recover its costs and regulatory code enforcement fees and costs.

**IT IS SO ORDERED**.

**Dated: May 17, 2016**

_____
 **GEORGE H. WU, U.S. District Judge**